AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

LINDA I. SINGLETON

V.

BUSH INVESTMENTS, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv718-MHT

TO: (Name and address of Defendant)

BUSH INVESTMENTS, INC.
80991 TALLASSEE HWY
ECLECTIC, AL 36024-6650

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/9/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

LINDA I. SINGLETON

V.

BUSH INVESTMENTS, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv718-MHT

TO: (Name and address of Defendant)

BUSH'S GROCERY AND DELI
80991 TALLASSEE HWY
ECLECTIC, AL 36024-6650

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/9/07