| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 8-11-07<br>C. Signature  X Fielder Xin   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Bush's Grocery + Deli<br>80991 Tallassee Hwy<br>Eclectic, AL<br>36024 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07 CV 718<br>SRW |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number: 7006 0100 0003 2054 6594 | |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 |