## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LINDA SINGLETON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2:07 cv 718-MHT** |
| | ) | |
| **BUSH INVESTMENTS, INC., and** | ) | |
| **BUSH'S GROCERY AND DELI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO CONTINUE DEADLINE FOR
## FILING RULE 26 MEETING REPORT

COME NOW Defendants Bush Investments, Inc. and Bush's Grocery and Deli and move this Honorable Court to continue the deadline for filing the Rule 26 Meeting Report and as grounds therefor state the following:

A settlement has been reached by the parties to this case. Settlement documents are being executed by the parties and a Joint Stipulation of Dismissal will be filed within 30 days.

WHEREFORE, on the grounds set forth above, these Defendants respectfully pray this Honorable Court continue the deadline for filing the Rule 26 Meeting Report.

    s/S. Mark Dukes
S. MARK DUKES  (DUK014)
Counsel for Defendants Bush Investments, Inc. and Bush's Grocery and Deli

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, AL 36103-4128
334-215-8585
334-215-7101 - facsimile
mdukes@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Keith "Andy" Anderson Nelms, Esq.
*The Law Offices of Jay Lewis, LLC*
P.O. Box 5059
Montgomery, AL 36103

on this the 17th day of September 2007.


 s/S. Mark Dukes
OF COUNSEL