THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LINDA SINGLETON, )
  )
Plaintiff, )
  )
v. ) 2:07 cv 718-MHT
  )
BUSH INVESTMENTS, INC., and )
BUSH'S GROCERY AND DELI, )
  )
Defendants. )

*RECEIVED*
2007 SEP 20 A 10: 23
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff Linda Singleton and Defendants Bush Investments, Inc. and Bush Grocery and Deli, by and through their respective counsel, and stipulate as follows:

A settlement has been reached by Plaintiff Linda Singleton and Defendants Bush Investments, Inc. and Bush Grocery and Deli; all claims against all parties are to be dismissed with prejudice; Defendants Bush Investments, Inc. and Bush Grocery and Deli are to be discharged from further proceedings before this Court; and each party is to bear its own costs.

RESPECTFULLY SUBMITTED on the 19th day of September, 2007.

KEITH ANDERSON NELMS, ESQ.
Counsel for Plaintiffs Linda Singleton
and Walter Singleton
*The Law Offices of Jay Lewis, LLC*
P.O. Box 5059
Montgomery, AL 36103

S. MARK DUKES (DUK014)
Counsel for Defendants Bush
Investments, Inc. and Bush Grocery
and Deli
*Nix Holtsford Gilliland
   Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, AL 36103-4128

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07 cv 718-MHT |
| | ) | |
| BUSH INVESTMENTS, INC., and | ) | |
| BUSH'S GROCERY AND DELI, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal filed by the parties, Plaintiff Linda Singleton and Defendants Bush Investments, Inc. and Bush Grocery and Deli, and having considered the same and found good cause, the Court hereby

ORDERS that all claims in the above-styled case against Defendants Bush Investments, Inc. and Bush Grocery and Deli are DISMISSED WITH PREJUDICE, that said Defendants are discharged, and that each party is to bear its own costs. The Clerk shall provide a copy of this Order to counsel of record for the parties.

ADJUDGED, ORDERED, and DONE on this the _____ day of _____ 2007.

_____
U.S. DISTRICT COURT JUDGE

cc:  Keith Anderson Nelms, Esq.          S. Mark Dukes, Esq.
     *The Law Offices of Jay Lewis, LLC*   *Nix Holtsford Gilliland Higgins &*
     P.O. Box 5059                             *Hitson, P.C.*
     Montgomery, AL 36103                 Post Office Box 4128
                                          Montgomery, AL 36103-4128